# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160882

DEBRA K. ANDRESON and DAVID E. ANDRESON,
      Plaintiffs-Appellants,

v

PROGRESSIVE MICHIGAN INSURANCE COMPANY,
      Defendant-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160882
COA: 345864
Eaton CC: 2016-000735-CK

_____/

      On order of the Court, the application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



s0831

Clerk